IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH OLMSTEAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE BARNHART, | : | |
| Commissioner of Social Security | : | NO. 04-4138 |

ORDER

NORMA L. SHAPIRO, J.

AND NOW, this     day of      2005, upon consideration of the Plaintiff's Motion for Summary Judgment, and the Defendant's Motion for Summary Judgment, and after careful review of the Report and Recommendation of the United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED

2. The Defendant's Motion for Summary Judgment is DENIED.

3. The Plaintiff's Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART, and that the matter remanded for further evaluation as required by SSR 85-15 and subsequent re-evaluation of the evidence provided by Dr. Clayton and Mrs. Olmstead.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.